## HENRY T. SHELDON ET AL. *v.* WALTER R. FUHR AND ASSOCIATES, INC. (6959)

DUPONT, C. J., SPALLONE and NORCOTT, Js.

Submitted on briefs November 15—decision released December 13, 1988

*Robert L. Hirtle, Jr.,* and *Mark A. Rosenblum* filed a brief for the appellant (defendant).

*Vincent T. McManus, Jr.,* filed a brief for the appellees (plaintiffs).

PER CURIAM. There is no error.